NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LUMBERMENS MUTUAL CASUALTY COMPANY,**
*Plaintiff-Cross Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellant.*

---

2010-5086, -5087

---

Appeal from the United States Court of Federal Claims in case no. 04-CV-1255, Senior Judge Robert H. Hodges, Jr.

---

## ON MOTION

---

Before PROST, *Circuit Judge.*

## O R D E R

Upon consideration of the Surety & Fidelity Association of America's motion for leave to file a brief amicus curiae in support of the plaintiff-cross appellant,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

SEP 2 4 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk


**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 4 2010

JAN HORBALY
CLERK

cc: Matthew C. Hoyer, Esq.
    Donald E. Kinner, Esq.
    Edward G. Gallagher, Esq.

s19